**Order entered October 12, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00666-CR

## EX PARTE MICHAEL DWAYNE WILLIAMS

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC18-A5804**

## ORDER

Before the Court is the State's October 6, 2020 first motion for an extension of time to file the State's brief. The Court **GRANTS** the motion and **ORDERS** the State's brief filed on or before November 9, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE